

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LJF:TJS
F.#2010R00396

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 22, 2010

**By Hand**

Heidi Cesare, Esq.
Federal Defenders of New York
1 Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

       Re:  United States v. Mohammed Amadu
           Criminal Docket No. 10-190 (JG)

Dear Ms. Cesare:

      Enclosed please find a copy of a laboratory report prepared by the Drug Enforcement Administration in this case.

      If you have any questions or further requests, please do not hesitate to contact me.

                           Very truly yours,

                           BENTON J. CAMPBELL
                         United States Attorney

              By:   /s/ Tyler J. Smith
                     Tyler J. Smith
                     Assistant U.S. Attorney
                     (718) 254-6186

Enclosure

cc:  Clerk of the Court (JG) (by ECF) (without enclosure)