

# CENTRAL
# UNIVERSITY COLLEGE



P R O F I L E
*of*

# CENTRAL
# UNIVERSITY COLLEGE



CENTRAL UNIVERSITY COLLEGE

CENTRAL UNIVERSITY COLLEGE | P. O. BOX DS 2310, DANSOMAN, ACCRA, GHANA
TEL.: (233-21) 311040 / 311041 FAX: (233-21) 311042 | WWW.CENTRALUNIVERSITY.ORG



CENTRAL UNIVERSITY COLLEGE

# CONTENT

* Introduction

* Mission & Vision

* Our Values

* Schools

* Our MBA

* Admission Requirements

* Delivery



# INTRODUCTION



**CENTRAL UNIVERSITY COLLEGE**



REV. DR. MENSA OTABIL
Chancellor

Central University College is an educational initiative of the International Central Gospel Church (ICGC). It has its origins in a short-term pastoral training institute, which was started in October 1988 by ICGC. It was later incorporated in June 1991 under the name Central Bible College. In 1993, the name was changed again to Central Christian College.

The College later upgraded its programme to the baccalaureate level, and in line with national aspirations, expanded its programmes to include an integrated and practice oriented business school (the School of Business Management and Administration). To reflect its new status as a liberal arts tertiary institution, the university was re-christened Central University College in 1997. The National Accreditation Board has since accredited it as a tertiary Institution. It is co-educational with equal access for males and females enrolment.



# OUR MISSION & OUR VISION



CENTRAL UNIVERSITY COLLEGE



MS. JOYCE ARYEE
Chairperson, Board of Regents

At the Central University College, our mission is to provide an integrated and biblically based tertiary education that speaks to the needs of the African continent. We are committed to our students as persons and seek to prepare them for professional excellence, responsible citizenship to serve society, especially those in greatest need.

Our vision is to develop men and women to be transformational leaders of society through the application of the principles of Faith, Integrity, and Excellence.



# OUR
# VALUES



CENTRAL UNIVERSITY COLLEGE

We believe in:

- An unambiguous Christian affirmation and devotion.
- Commitment to continued and independent learning, intellectual development, critical analysis and creativity within appropriate ethical and moral standards.
- Providing a learning environment that encourages symbiotic relationships between staff and students
- Students as number one in everything.

- Commitment to producing transformational leaders who are able to seek improved solutions to problems and impact positively on social and cultural change.
- Identifying talented people, appointing and retaining them, and empowering them to realise their dreams.
- An appreciation and valuing of cultural diversity and ability to function in a multi-cultural environment.
- Being at the cutting edge of modern business management techniques and practices.



PROF. VPY GADZEKPO, FGA
President



CENTRAL UNIVERSITY COLLEGE

# SCHOOLS



**The School of Theology and Missions (STM) offers courses**
BA in Theology
BA in Church Admnistration
BA in Christian Education
BA in Family Therapy

**MA/MPhil in Religious Studies**

Practical Theology
Pastoral Care and Counselling
Pentecostal Studies
Missions
Biblical Studies (Old/New Testament)
Historical Studies

**The School of Business Management and Administration**
offer the following 4-year degree courses
Bsc Administration Accounting
Bsc Administration Agric Business
BSc Administration Banking & Finance
BSc Administration Human Resource Management
BSc Administration Marketing
BSc Administration  Management

**Faculty of Arts and Social Sciences**
BA Environment and Development Studies
BSc  Economics
BA French
BA English

The following new programmes will begin
soon on the University's new campus located
in Miotso, near Tema.

**School of Applied Sciences**
Bachelor of Architecture
Bachelor of Nursing
Doctor of Pharmacy
BSc in Civil Engineering
BSc in Physician Assistantship

**Faculty of Arts and Social Sciences**
Bachelor of Arts in Communication Studies



# OUR MBA PROGRAMME



The MBA is a flexible, worker friendly 18-month programme accredited by the National Accreditation Board (NAB) Depending on the time available to them, students may choose to attend the Morning Session from 9.00 am – 12.00 Evening Session from 6.00 pm – 9.00 pm Week-end Session from Friday 6.00 pm – 9.00 pm and continue on Saturday from 8.00 am – 8.30 pm. Structure of the MBA The MBA is academically assessed at three stages:

1. The Core Stage courses bring students to threshold of critical awareness and understanding of the broad curriculum of management and business; they include:
Finance for Managers,
Managing in the Competitive Environment
Introduction to Management
Managing People
Economics for Managers
Managing Information
Regional Integration & Organisational Responses
Research Methods & Statistics

2. The Elective Stage modules allow students to enhance and deepen their knowledge and skills in areas of interest to their career aspirations. Students are required to choose 6 electives from any of 4 modules for specialisation:
Finance
Marketing
Human Resource Management
General

3. The Thesis stage offers students the opportunity to apply their knowledge and skills gained through the programme to analyse a practical, relevant issue of their choice in business and management.



# ADMISSION REQUIREMENTS



CENTRAL UNIVERSITY COLLEGE

A.   **First Degree Programme**
1. **Senior Secondary School Certificate (SSSCE / WASCE)**
Passes in core English, core Mathematics, and either core
Integrated Science or Social Studies and three elective
subjects, with an aggregate score of 24 or better.

B.   **MBA** Applicants must have
. 1. A first degree not below second class lower division from a
recognised University

2.   Or the qualifying certificate of a Professional body e.g. CA, ACCA,
CIMA, ICSA, etc
3.   Have a minimum of 2 years working experience
4.   Be proficient in Microsoft word, Excel and Power Point.
5.   Pass an interview

For further information see **www.centraluniversity.org**



JOHNSON KANDA
Registrar



CENTRAL UNIVERSITY COLLEGE

# METHODS OF DELIVERY



A wide range of delivery mechanisms
are used to deliver the MBA programme including;
Lectures
Seminars
Case studies
Independent study
Assignments
Group presentations
Practical exercises
Structured reading