# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

September 7, 2010
~~August 5, 2010~~

Tyler J. Smith, Esq.
Assistant United States Attorney
United States Attorney's Office
271 Cadman Plaza East
Brooklyn, N.Y.  11201

**RE:    United States v. Mohammed Amadu, 10-CR-190-JG**

Dear Mr. Smith:

Thank you for your discovery response dated August 4, 2010. Please accept this as further request for Rule 16 material and *Brady* material. Please provide the following:

1. Copies of any/all ROIs reporting the defendant's statements.

2. Copies of any/all reports, documents, photographs or other material relating to a person known as "Prince Bekoe."

Thank you for your attention.

Sincerely,

Heidi C. Cesare, Esq.
Assistant Federal Defender
(718) 330-1257
heidi_cesare@fd.org

cc:   Clerk of the Court (by ECF)
      Mohammed Amadu