



DOJ MA 000172

### aLanguageBank TRANSCRIPT

CASE:               US v. Mohammed Nabil Amadu

TAPE NO.:

CALL NO.:           65160053_Mar_08_2010_11_10_06_AM_2508129936.wav

DATE:               March 08, 2010

TIME:               11:10 AM

PARTICIPANTS:       Basse
                    Mohammed

ABBREVIATIONS:      [U/I] = Unintelligible
                    [PH] = Phonetic Spelling

| SPEAKER | English Translation | Original Language |
|---------|---------------------|-------------------|
|  |  | Phone rings |
| *BASSE* | Hello? |  |
| *MOHAMMED* | Hello Basse? |  |
|  | Hello Mallo? |  |
| *MOHAMMED* | Hey, what's going on? | Hey, what dey go on? |
| *BASSE* | U/I | U/I |
| *MOHAMMED* | Aaah, man, I'm here oo | Aaah, char, I dey oo |
| *BASSE* | What's happening? | What be the move? |
| *MOHAMMED* | Nothing, man. I just – I just finished praying and I said I will come ------ I just realized right now that I can make a phone call--- | Nothing, charlie. I just – I just finish pray wey I say make I come ---- Riddie wey I see say I fit make phone call ---- |
| *BASSE* | ----oh so what are they telling you? | ----oh so what they dey tell you? |

1

DOJ MA 000173

| | | |
|---|---|---|
| MOHAMMED | Eeh, I called my lawyer, she was not in her, her office, so I have to try to call her again. | Eeh, I dey call my lawyer, she no dey em, em office, so I mon try dey call again. |
| BASSE | Hmm | |
| MOHAMMED | You know, yeah? | |
| BASSE | Everything you say is being record | Everything you talk say e dey record |
| MOHAMMED | Eh | |
| BASSE | Aaah | |
| MOHAMMED | Yeah | |
| | U/I | |
| | How is Mommy and Dad? | How be Mommy and Poppy? |
| BASSE | Erm, you know, everybody is there, Mallo. Mommy, you know, is there. Dad is trying to hold to hold the fort but it is Mommy who is ---- Mommy and everybody else are worried, right? | Erm, you know, everybody dey, Mallo. Mommy, you know, still dey. Poppy, e dey try hold the fort but Mommy wey e be ---- Mommy and everybody dey worry about, right? |
| MOHAMMED | Yeah | |
| BASSE | Mommy is the one everybody is worried about – that is all – hmm? | Mommy wey everybody dey worry about – that be all – hmm? |
| MOHAMMED | Man | |
| BASSE | Like you said, it is going to be okay. You know | Like you said, e go be. You know |
| MOHAMMED | Yeah | |
| BASSE | You just pray. Aam (U/I) I don't | You just for pray – Aaam |

2

DOJ MA 000174

| | | | |
|---|---|---|---|
| | know how we are going to handle this but to God, we pray | (U/I) I no know how we go do am anymore but to God we dey pray | |
| MOHAMMED | Yeah | | |
| BASSE | You know, aaam, right now, only, only, only God is the one we look up to | You know, aaam, right now, only, only, only God we dey look up to | |
| MOHAMMED | Yeah | | |
| BASSE | Right? Yeah | | |
| MOHAMMED | Yeah | | |
| BASSE | Yeah, man, so like you said. Aaam, all you have to do now is to know that life is, life is and aam, I mean, there's a lot in life you must learn, right? | Yeah, Charlie, so like you said. Aaam, all you for do now you for know say life is, life is short and aaam, I mean, there's a lot in life you for learn, right? | |
| MOHAMMED | Yeah, man. | Yeah, charlie. | |
| BASSE | Everybody learns, everybody learns things differently, different way, right? | Everybody dey learn, everybody dey learn en thing differently, different way, right? | |
| MOHAMMED | Yeah | | |
| BASSE | Yeah, like I said before, we are all praying, we have done all the prayer rites we can over here. And Amina and the rest have done theirs in Ghana | Yeah, like I said nɔ, we all dey pray, we do all the aluwala we fit do for here. Wey Amina do demma own for Ghana den things | |
| MOHAMMED | Yeah | | |
| BASSE | Yeah | | |
| MOHAMMED | But some mistakes cannot be reversed, you know what I | But some mistake deɛ you no go fit tell am back oo, you | |

3