|  | | mean? That is what is killing me here. Like ---- | | know what I mean? E be en wey e dey kill me for here nɔ. Like ---- |
|---|---|---|---|---|
| BASSE | | Yeah | | |
| MOHAMMED | | This place is cool, there is nothing bad here. You know, the food is better, everything is cool, you know. It is just the situation that --- You got my letter, right? | | Here be cool, nothing bad for here. You know, the chow be better, everything be cool, you know. Just that the situation wey ---- Abi you go get my letter, right? |
| BASSE | | No, I did not receive any letter. Did you write? | | No, I no get any letter. You write? |
| MOHAMMED | | Eh. I gave it to Awura Ama and asked her to send it to you | | Eh. I send give Awura Ama say make e send give you |
| BASSE | | Aah, she hasn't sent it yet | | Aah, e no send yet |
| MOHAMMED | | Oh ok, you can get it later (U/I) I do not know if she has it or not, you know | | Oh ok, e do a you fit do that one(U/I) E get am, I no know, you know |
| BASSE | | Yeah I think she got it because Mommy said that----- You wrote to Uncle Balla too, right? | | Yeah e be like she get because Mommy talk say ---- You write Uncle Balla too, right? |
| MOHAMMED | | Yeah | | |
| BASSE | | Yeah, Uncle Balla and the rest have received their letters | | Yeah, Uncle Balla dems get demma own |
| MOHAMMED | | Yeah | | |
| BASSE | | So, so I shall ask her if she has sent it (U/I) ---but have you talked to Rachel? | | So so I go ask am say if e send (U/I) – but you talk to Rachel? |
| MOHAMMED | | No, I, no ---- I am worried about her --- have you spoken to her? | | No, I no --- e wey I dey worry about --- you talk to am? |

4

| | | | |
|---|---|---|---|
| BASSE | Yeah. As for me, I just told her it had to do with a ticket, right --- | | Yeah. Me I just tell am say some ticket move, right --- |
| MOHAMMED | Is that what you told her? | | That be what you tell am? |
| BASSE | Yeah, that is what I told her -- I told her that on your way -- you remember that racket -- somebody bought, gave you a wrong ticket, right? | | Yeah, that be what I tell am -- I tell am say you dey come wey -- you know den your running nɔ --- somebody buy -- give you wrong ticket, right? |
| MOHAMMED | Yeah | | |
| BASSE | So that is what got you into trouble but I told her that I did not know what was happening with the way the lawyer had us meet Ogun, because of the whole Nigerian thing, they are using you as a scapegoat --- so afterwards, they will not, they will not make you come back -- and we do not know how, we do not know the extent of this thing, right? | | So e be en make your skin barb you but I tell am say after that I no know what dey happen with the way the lawyer make we see Ogun, because of the whole Nigerian thing, they dey use you for scapegoat -- so if after that they no go, probably they no go make you come -- wey we no know how, we no know how the thing dey, right? |
| MOHAMMED | Yeah | | |
| BASSE | So after that they will send you away --- maybe the only price is that you cannot come here again, you got? Because as for that, I do not know if they will allow you back here, right? | | So after that dem go send you go --- maybe the only thing say you no go fit come here again, you got? Cause that one dεε I no know say they go make you come here again, right? |
| MOHAMMED | Yeah | | |
| BASSE | So she said that as for this --- Female automated voice) | | So wey she talk say that one dεε -- |

5

| | | | |
|---|---|---|---|
| | | Oh what is it saying? | (Female automated voice) Oh what e dey talk? |
| MOHAMMED | | Yeah, and. Talk, talk, and? | Yeah, wey. Talk, talk, wey? |
| BASSE | | Yeah, when I said yeah – and she said it was no problem, as for this situation, as long as you are alive and good, she would rather come and visit you in Ghana. | Yeah, wey I tell say yeah – wey she talk say no problem, that one deɛ, as long as you be alive and good, she mmom she go start come visit you for Ghana |
| MOHAMMED | | Yeah | |
| BASSE | | Yeah, that is what she said | Yeah, that be what she talk |
| MOHAMMED | | Aaah (U/I) Basse, man, just tell everbody that I am very sorry – I made a stupid decision, you know, you know what I mean | Aaah (U/I) Basse, charlie, just tell everybro say I make sorry waa – stupid decision I make, you know, you know what I mean |
| BASSE | | I mean that is why I say that it is because of God, it is God who made you go behind bars. Right at the end of the day, you have to have faith and realized that God is talking to you, He is trying to make things get better for you | I mean that be why I dey talk say cause of God, e be God wey e make you go dey there. Right at the end of the day, you for just have faith know say God wey e dey tell you, e dey try make things get better give you |
| MOHAMMED | | Yeah | |
| BASSE | | You know, you understand – all you have to know is that you have to thank Him. It could have been worse | You know – you catch oo – all you for know say you for, you for thank am. It could have been worse |
| MOHAMMED | | Yeah, man | |
| BASSE | | You know, it could have.. something – I told Mommy to just pray, to just thank God that you are still alive, you | You know, it coulda, something – I told Mommy make e just pray, make e just thank God say you're still |

|  |  | know Tina died | alive, you know Tina die |
|---|---|---|---|
| MOHAMMED |  | Yeah |  |
| BASSE |  | You know you, you did not die | You know you, you no die |
| MOHAMMED |  | U/I |  |
| BASSE |  | You said that --- | You talk say --- |
| MOHAMMED |  | I just feel like, you know, you are disappointed. Mommy does not deserve this shit. And I know that she is disappointed, man. | I just feel say you know, you make disappointed. Mommy but she no dey deserve this shit, man. Wey I know say she make disappointed, charlie |
| BASSE |  | Yeah, everybody. There's so many questions, you know. There, there's so many questions everybody is asking – nobody understands this – there's so many questions because well – you are the last sibling – everybody gave you everything. You know, after everything come, then Yohan told me more things about you and him, you know like it raises so many questions. So many people go ask everybody to (U/T) for you. Everybody, everybody asks me questions, you know. In fact o, like Bouncy and the rest, everybody is confused, you know. We don't know what's going on, right. Because right now, you were the one who talked about that school mate of yours, right? | Yeah, everybody. There's so many questions, you know. There, there's so many questions everybody is asking – nobody dey fit understand – there's so many questions cause well – you be the last – everybody dey give you everything. You know, after everything come, then Yohan dey tell me more things about you then am, you know like it's so many questions. So many people go ask everybody to (U/T) for you. Everybody, everybody dey ask me questions, you know. Infact o, like Bouncy dems, everybody conf, you know. We don't know, right. Cause right now, you naa talk about that your school mate, right? |
| MOHAMMED |  | Yeah, yeah |  |

| BASSE | Yeah, that is what Mommy talked about, everybody is asking many questions - like Mommy thinks that --- everybody thinks that – no, God, God, God – like I said, it is fate – God knows, you know? Everybody learns differently | | Yeah, that be what Mommy dey talk nɔ o, everybody dey ask so many questions – like Mommy dey think say – everybody dey think say – nah, God, God, God – like I said, e be fate – God know, you know? Everybody dey learn differently |
|---|---|---|---|
| MOHAMMED | Yeah | | |
| BASSE | God knows how He teaches everybody differently, you know? | | God know how e dey teach everybody differently, you know? |
| MOHAMMED | Yeah | | |
| BASSE | Yeah, so just, so just pray, as I said, whatever they say, we are just praying that the years would not be plenty, you know? | | Yeah, so just, so just pray, like I talk, whatever they go talk nɔ, we just dey pray say e no go be chaw, you know? |
| MOHAMMED | I know | | |
| BASSE | I do not know what your lawyer is saying for --- | | I no know what your lawyer dey talk for --- |
| MOHAMMED | They are saying, aam, thirty-three months, you know, but, aam – yeah, it will not, eh, eh --- from how it is looking, it is not going to be a lot of years but I am not even ---- I could do my time --- I don't care, you know what I mean, I just ---- fuck, man! (U/I) Do you understand what I am saying? | | Them dey talk say, aam, thirty-three months, you know, but, aam --- yeah, e no go, eh, eh – from what e dey look like e no go be chaw but like I no even --- I could do my time – I don't care, you know what I mean, I just --- fuck, man! (U/I) You mind wey I dey talk? |
| BASSE | Yeah, what is happening, after you came out of the airport, after you texted me, what happened? | | Yeah, what be say, after you comot from the airport, after you text me, what happen? |

8

| | | | |
|---|---|---|---|
| MOHAMMED | After I texted you? | | After I text you? |
| BASSE | Yeah | | |
| MOHAMMED | Eh, after I texted you and you know, I pass through immigration, eh, I mean customs, and you know, the trouble begun --- | | Eh, after I text you wey you know, I dey pass immigration, eh, I mean customs, wey you know, the yawa pae nɔ --- |
| | (Cross talk – U/I) | | |
| BASSE | You came --- they called you? | | You came –they call you? |
| MOHAMMED | Eh, he called me, you know | | Eh, e call me, you know |
| BASSE | Or you were taking your bag when they caught you or you were weighing --- | | Or you dey wei your bag wey they catch you or you dey weigh --- |
| MOHAMMED | No. I was going. I was on my way out when he arrested me --- | | No. I dey go, I dey commot wey e barb --- |
| BASSE | Aaah | | |
| MOHAMMED | I came out, man, Bassie | | I comot, Charlie, Basse |
| BASSE | Yeah --- (U/I) too said he told you the night after the Nigerian thing occurred, he messaged you and told you to be careful, you know --- | | Yeah—(U/I) too say e tell you say this night after the Nigerian thing come, e message you then tell you say you for dey guard, you know --- |
| MOHAMMED | Man | | Charlie |
| BASSE | So the --- | | |
| MOHAMMED | It is just God | | E just be God --- |
| BASSE | You said? | | You say? |

9

DOJ MA 000181

| MOHAMMED | It is just God who wants to show me something, you know what I am saying | | E just be God wey e want show me something, you know what am saying |
|---|---|---|---|
| BASSE | That is what I am saying – yeah, just have faith, yeah – that is what I am saying – I think that the way you were doing things, the way things went, you were moving too fast -- | | That be what I'm saying - yeah, just have faith, yeah – that be what I'm saying --- I think say the way you dey do, the way things dey go, you were moving too fast --- |
| MOHAMMED | Yeah – I know | | |
| BASSE | Exactly | | |
| MOHAMMED | You know, the way I saw it was that I wanted to help Mommy build a house, you know what I am saying, like I did not know what I was thinking, Basse, but I feel like, you know, we all did not have the financial grounding to do one move --- hurry up --- I don't know what the fuck, man, eh, Basse, you know what I am talking about? | | You know, I dey see am like I want help Mommy make e build house, you know what I mean, like I no know what I dey think, Basse, but I feel like you know, sake of like we all, we no sheda no find wanna feet do one move --- hurry up --- I don't know what the fuck, man, eh, Basse, you know what I dey talk? |
| BASSE | Yeah | | |
| MOHAMMED | You know - | | |
| BASSE | Yeah --- that is what I'm saying. God, God is the one who is, who is, who is, who is saying that no, man, all of us should --- all of us could have chosen to do what you did | | Yeah – that be what I'm saying. God, God wey e dey e dey e dey e dey fit see say nah charlie, make we all --- a be like we all we go fit do am -- |
| MOHAMMED | I know --- I know | | |
| BASSE | But yeah, tat is what I am saying --- just know that, that | | But yeah, that be what I am saying – just know say, say |

|  |  |  |  |
|---|---|---|---|
|  | God at the end of the day – just pray to God. This is the time for you to get back with God, you get it. You saw what happened to me last year, the car thing was what I used to get back to God |  | God at the end of the day --- just pray to God. This be the time you for take get back with God, you catch. You see say me too last year, the car thing happen nɔ wey me I get, I take get back to God |
| MOHAMMED | Yeah ---yeah |  |  |
| BASSE | You get it ooo – you understand? Yeah |  | You catch oo – you understand? Yeah |
| MOHAMMED | Yeah |  |  |
| BASSE | For you too this is the --- |  | You too this be the --- |
| MOHAMMED | I beg you, talk to Mommy for me – tell her that this thing --- |  | I dey beg, talk to Mommy give me – tell am say this thing --- |
| BASSE | Oh, everyday, I talk to her. I talk to her two times a day, everyday. I told her myself that she should just, just understand that God did this, like Tina's death – You, you have faith, you have health, you know. There's a second chance. You know that she talks about school matters and others things that worry her. I told her that, yeah, you know, it could have been worse |  | Oh, everyday, I dey talk to am. I dey talk to am two times a day, everyday. Me I dey tell am say, e for just, just understand say God wey e do, like Tina die – You, you have faith, you have health, you know. There's a second chance. You know wey she dey talk the school matter dem things all dey worry am. Wey I tell am say, yeah, you know, it could have been worse |
| MOHAMMED | Yeah |  |  |
| BASSE | Just have faith, right? Just relax – oh yeah, I am going to call her right now (U/I) I check up on her everyday, you know |  | Make you just have faith, right? Make you just relax – oh yeah, me naa I go call am right now (U/I) I dey check up on everything, you know |

11

| | | | |
|---|---|---|---|
| MOHAMMED | U/I | | |
| BASSE | Yeah | | |
| MOHAMMED | I am afraid to call – I could have called since Friday. I don't know how, what I will say, Basse, you know what I mean. I don't know, Basse, I don't know what I am going to say to anyone, do you understand what I'm saying? | | I dey call sef my heart dey cut – I could have called since Friday. I don't know how, what I go talk, Basse, you know what I mean?. I don't know, Basse, I don't know what I am going to say to anyone, do you understand what I am saying? |
| BASSE | Yeah | | |
| MOHAMMED | I don't – you know. I'm just happy – the funny thing is that I am a Moslem. Since I came here, everybody has been nice to me, you understand what I'm saying, so like, nobody has ever given me problems here. Everybody is supernice but you know what I mean, the situation at hand is what worries me – just you know what I'm saying, the situation is worrisome -- | | I don't – you know. I'm just happy – the funny thing is that I am a Moslem. I come here, everybro be nice to me, you understand what I'm saying, so like, no bro ever give me problem for here. Everybro be supernice but you nah mean, the situation at hand wey e dey worry me – just, you know what I'm saying, the situation e dey worry -- |
| BASSE | Yeah, Nuhu, like I said, we all are worried about Mommy but at the end of the day --- right now, she has gotten better -- like on your birthday, she called me, you know, all these things and she is still crying, you know – in fact, yeah, I can talk to them – I do talk to them | | Yeah, Nuhu, like I said, we all e be Mommy we dey worry about but at the end of the day --- right now, she get better – like your birthday, she call me, you know, she make worried, you know, all den things wey she still dey cry, you know --- in fact, yeah, I fit talk to them – I dey talk to them |
| MOHAMMED | Basse, man, fuck! | | Basse, charlie, fuck! |

12

| | | | |
|---|---|---|---|
| BASSE | | Like I said…(U/I) people know nothing – people have started asking questions – people are talking in Ghana – if things start to come out, we will just say it is your ticket, you know, first like Mba said, if you do not talk, no one can say shit to you – they talk behind us but they cannot say anything to us | | Like I said… (U/I) people no know nothing – people start ask questions – people dey talk for Ghana – things start come out so we just dey talk say e be your ticket, you know, first like Mba dey talk say if you no talk a, nobody go fit say shit to you – they dey talk for wanna back but they no dey fit talk nothing for wanna front |
| MOHAMMED | | Yeah, yeah | | |
| BASSE | | So we all are saying, yeah, it is because of ticket racket that you have been arrested, you catch that --- | | So we all we just dey talk say, yeah, ticket move wey they just barb you, you catch that--- |
| MOHAMMED | | Yeah | | |
| BASSE | | Ticket racket is the reason why you have been arrested but apart from that, man, nothing | | Ticket move wey e barb you but apart from that, Charlie, nothing |
| MOHAMMED | | (Sighs) but, but, I told, I told, eh, Uncle Balla the, the person who, you know, who gave me the item | | (Sighs) but, but, I tell, I tell, eh, Uncle Balla den, the, the person wey, you know, e give me the this thing nɔ -- |
| BASSE | | You told him? | | You tell am? |
| MOHAMMED | | The bag | | |
| BASSE | | Do I know the person? | | I know am? |
| MOHAMMED | | No, you do not know the person. But, aaam, Uncle Ba told you, the item, Mba and others --- | | No, you no know am. But, aam, Uncle Ba tell you, the this thing, Mba dems --- |

13

| | | |
|---|---|---|
| BASSE | I know ooo but I have to call --- when did you tell him? | I know ooo, but I for call --- when you tell am? |
| MOHAMMED | I told him inside the letter, I wrote the letter, I told him | I tell am the letter inside, I write the letter, I tell am |
| BASSE | Oh, because when I talked to Mommy. Mommy told me that it is alright, everything is nice --- she did not say anything about this one | Oh, cause I talk to Mommy. Mommy dey talk say e be alright, everything be nice – e no talk anything about that one. |
| MOHAMMED | Aaah, yeah | |
| BASSE | Yeah | |
| MOHAMMED | Basse, just called TJ and talk to him, eh. Tell him that because TJ knows the person but I don't know whether I want Mommy and the others to know but just tell TJ that you know, you know what's going on. Because he was the one who harassed the guy …(U/I) he was the one who harassed (U/I) | Basse, you just call TJ and talk to am, eh. Tell am say cause TJ know the person but I no know whether I want make Mommy dems go know but just tell TJ say you know, you know what's up. Cause den e wey e cause the guy …(U/I) e wey e cause (U/I) |
| BASSE | Yeah | |
| MOHAMMED | It's TJ. TJ knows what is happening. But do not tell Father and Mother that TJ knows what is going on – Bab, because I do not want anyone to be in trouble…(U/I) | Be TJ. TJ know what's up. But make you no talk Baba den Mama say TJ know what's up --- Bab, cause I no wan make any bro en skin barb am …(U/I) |
| BASSE | Yeah | |
| MOHAMMED | Yeah, but only TJ knows --- Babs and, and the person – you know, maybe in the evening, lateron, I will call, man Basse, because I don't | Yeah, but just TJ know – Babs plus, plus the person – you know, wey maybe evening tee, later on, I go call, Charlie Basse, cause I |

14

| | | want anyone --- | don't want anybro --- |
|---|---|---|---|
| BASSE | | Alright, so just pray to God – God is the one who knows what is happening -- | Alright, so just pray to God – God wey e know what's up -- |
| MOHAMMED | | I have even let myself down. I know I've let everyone down. You know, from you through to Rachel, to Mba, to Mama to AY – AY never liked the idea, Basse. AY never liked it, Basse, you know what I'm saying? | I have even let myself down. I know I've let everyone down. You know, from you through to Rachel, to Mba, to Mama to AY --- AY no like the idea, Basse. AY no like, Basse, you know what I'm saying? |
| BASSE | | But why did you know and he not say nothing, does he know something? That is why I am -- | But why you know wey e no talk nothing, en too e know something? That be why I dey ---- |
| MOHAMMED | | Basse, you know how stubborn I am..(U/I). You know AY did not like, he did not like, he did not like, you know, but at the end of the day, you know that if you talk, Basse, you know, you know, right, you know what I mean…(U/I) | Basse, you know how stubborn I am..(U/I), you know AY no like, e no like, e no like, you know but the end of the day, you know say if you talk, Basse, you know, a bi you know, you know what I mean… (U/I) |
| BASSE | | You know, AY, AY, (U/I) said that for a while, you and him did not get along – the time you were coming to do this thing – you have to see how he is doing now. He said he has lost weight, he went to his girlfriend's place, he constantly fought and he came back. He could not stay there because of this thing, you know so? | You know, AY, AY, (U/I) talk say for a while, you den am no dey get along – the time you dey come do this thing – right now you for see how e dey. E say e dey lose weight, e go en chick en there, e fight aa wey e come back. E no fit dey there because of this things – you know so? |
| MOHAMMED | | Because of this thing? | Because of this thing? |
| BASSE | | Yeah, him and his wife | Yeah, e den en wife go fit |

|  | | constantly fought – he is stressed out so he takes it out onto, he takes, takes it out on his girl. He was only there for four days. The seven hundred dollars went down the drain. He came back, he came back after four days. Right now, me and him are together and he is holding the fort, I sent him money. He will also raise some money and they will go and buy the (U/I) and they will do everything in Ghana | fight aa – e make stressed out so e go e take am onto, e take take go put en girl top. He only dey there for four days. The seven hundred dollars went down the drain. Four days wey e come back, wey e come back. Right now sef me an am dey wey e dey hold the fort, I send am money. E too get some money wey and dem go buy the (U/I) wey e dey do the everything for Ghana |
|---|---|---|---|
| MOHAMMED | | Hmm, it is not worth it, Basse, it is not worth it | Hmm, e be yawa, Basse, e be yawa, Basse. |
| BASSE | | I know. God, it could have been worse, you see. It could have been worse. God wants you to slow down so that after you finish your stint and you come back, you will know than, man, you have to comport yourself, you know. Just comport yourself and all of us will do it the nice and easy way, right? | I know. God, it could have been worse, you see oo. It could have been worse. God wey e just say make you slow down so like after you do your stint finish wey you come back a, you for know say, Charlie, you for comport yourself, you know. Just comport yourself and we all go do am the nice and easy way, right? |
| MOHAMMED | | Yeah. Sam --- | Yeah. Sam --- |
| BASSE | | ---I am the --- | ---I am the --- |
| MOHAMMED | | ---what did Sam say? | ----Sam say what? |
| BASSE | | ---Sam is also in trouble, he…(U/I) for a while | --Sam too make hot, he ….(U/I) for a while |
| MOHAMMED | | But just tell everybody not to be --- I know that tis is fucked up but they should not be sad because if I am here, I do not | But just tell everybody say make them no make --- I know say e be fucked up but make them no make sad |

| | | | |
|---|---|---|---|
| | worry about myself oo, Basse--- | | because if I dey here I no dey worry about myself oo, Basse -- |
| BASSE | Yeah | | Yeah |
| MOHAMMED | I am worried about everyone else; what everyone is thinking about me. That is what worries me but me being here, I can handle myself. You know, I do not even notice that I am here. You already know how America is like, there's food --- | | ---I am worried about everyone else; what everyone is thinking about me. E be en dey worry me but me for here, I fit dey here sef. You know, I no dey notice say I dey. A bi you know how Yankee dey like, chow dey --- |
| BASSE | Yeah | | Yeah |
| MOHAMMED | So you do not --- so do not let them…it is just because, I just everyone, you know, to just try and, and you know, live normal lives because if I see that I have made everybody sad, it consumes me here, you know what I mean? I cannot do anything because, charlie, I feel like Father's and Mother's hearts will be shakened, Basse. Right then, I will think of --- you remember what I said. Can you understand what worries me? | | So you no dey----so make them no ---- it just be say , I just need everyone, you know, to just try and , and you know live normal cause if I see say I make everybro sad a, e dey consume me for here, you know what I mean? I no dey fit do anything because, Charlie, sum that I feel say Bab and Mommy demma heart go cut, Basse. Right then, I go think of – you remember what I dey talk. Can you understand what dey worry me? |
| | (Female automated voice – Call from a federal prison) | | |
| | Do you get it? | | You dey barb? |
| BASSE | Yeah. yeah | | Yeah. yeah |
| | (Mohammed sighs) | | |
| | If someone want send you money , how can we send you the money? | | If someone want send you money a, how we go send you the money? |

17

| | | | |
|---|---|---|---|
| MOHAMMED | Aaah, unless you go to Western Union, and tell them that you want to send some money, they will know how to do it | | Aah, unless you go Western Union, den tell them say you want send come, they go know how they go do am. |
| BASSE | Aaah, from here --- | | Aaah, from here --- |
| MOHAMMED | Just write down my this thing, my number. | | Just write down my this thing, my number. |
| BASSE | Just a minute, let me --- I am coming, hold on | | I dey come, make I --- I dey come, hold on |
| | (Noise) | | |
| | Yeah what is your number? | | Yeah, what be your number? |
| MOHAMMED | 6-5-1 | | 6-5-1 |
| BASSE | 6-5-6-5-1 | | 6-5-6-5-1 |
| MOHAMMED | 6-0-0-5-3 | | 6-0-0-5-3 |
| BASSE | 6-0-0 | | 6-0-0 |
| MOHAMMED | 5-3 | | 5-3 |
| BASSE | 5-3 so I will go to Western Union and say I want to send something to this number?--- | | 5-3 wey I go go Western Union say I dey send give this number?--- |
| MOHAMMED | No | | No |
| BASSE | ---that I am sending it to New York.... | | ---then I dey send go New York... |
| MOHAMMED | Tell them say your brother is in prison at MDC Brooklyn | | Tell them say your bro dey prison for MDC Brooklyn |
| BASSE | MDC Brooklyn | | MDC Brooklyn |
| MOHAMMED | Brooklyn, yeah. Then yeah, (U/I) who sent me the money? Who sent the fifty dollars? | | Brooklyn, yeah. Then yeah (U/I) who send me the money? Who send the fifty |

18

|  |  |  |
|---|---|---|
|  | Somebody sent fifty dollars. | dollars? Somebody send fifty dollars. |
| BASSE | Mommy, mommy, mommy | Mommy, mommy, mommy |
| MOHAMMED | From Ghana? | From Ghana? |
| BASSE | No, she asked Uncle – Auntie ---Uncle Balla to send ---- | No. e make Uncle – Auntie --Uncle Balla send -- |
| MOHAMMED | Aaah | Aaah |
| BASSE | So 6-5-1-6-0-0-5-3, right? | So 6-5-1-6-0-0-5-3, right? |
| MOHAMMED | Yeah, yeah so I just want to know. And TJ too, he did not really like the idea but he thought I will not listen anyway so he and I did the prayers and everything, you know what I am saying but he too did not like the idea, so he, he knows what's up but then, you know, just (U/I)…that it has gone the wrong way | Yeah, yeah so I just want know. Then TJ too then e no sheda like the idea but e fit say I no go listen so e den me do the prayers and everything, you know what I dey talk but en too en no like the idea, so e e no what's up but then, you know, just (U/I) am say e bab |
| BASSE | Yeah, yeah | Yeah, yeah |
| MOHAMMED | Like, yeah, I know that maybe, he will be annoyed that I told you. It is to know what is going on. I don't know what is going on, do you catch it? | Like, yeah, I know say maybe e go bore say I tell you. A be to know like what's going on. I no know what dey go on, you dey barb? |
| BASSE | Yeah | Yeah |
| MOHAMMED | Eeh, so? (Beep) | Eeh, so? |
| BASSE | Man. Yeah, man, right here and now, I feel that you have to pray because, man --- | Man. Yeah, charlie, right now deɛ I just feel say you for pray cause, charlie -- |
| MOHAMMED | I do not play with my prayers | I no dey play plus my prayers |

19

DOJ MA 000191

|  | (Crosstalk) |  |  |
|---|---|---|---|
| BASSE | You have to pray. You pray and re-find God, see how it goes |  | You for pray. You go pray then re-find God, see say yeah |
| MOHAMMED | know |  | I know |
| BASSE | He can come |  | E fit come |
| MOHAMMED | You talked to me, I did not listen, Basse, that is the reality ---last year, by this time, you know, you were talking to me and I did not listen |  | You dey talk to me, I no dey listen, Basse, that be what dey --- last year, by this time wey, you know, you dey talk to me, I no dey listen |
| BASSE | Me, I am here (U/I). Like I said. I mean, like I said, it happens because everybody learns differently because, like I said, there are so many questions, like you know, so many questions. When you came here, we fought over more, more things but you did not listen but there's still so many questions. It has already happened. You can't cry over spilt milk. |  | Me I dey (U/I). Like I said. I mean like I said, it happens because everybro dey learn differently cause me like I said, there's so many question like you know, so many. You come here, we dey fight about more more things but you no listen but there's still so many questions. E already happened. You can't cry over spilt milk. |
| MOHAMMED | Yeah |  | Yeah |
| BASSE | You know, we are all here, we cried a lot and we are done. Right now we are praying because we have seen that God is doing what He has to do. You know God ---- |  | You know, we all dey here, we cry cry saa wey we finish. Right now we dey pray cause we see say God wey e dey do what e for do. You know God --- |
| MOHAMMED | Basse, you know what's funny; if you ask me what I was thinking last week, I cannot tell you like why ---- |  | Basse, you know what's funny; if you ask me what I was thinking last week, I no go fit tell you like why ---- |
|  | Tape ends abruptly |  |  |

20

DOJ MA 000192

21