

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EJK:TJS
F.#2010R00397

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 22, 2010

**By E-mail and ECF**

Heidi Cesare, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th floor
Brooklyn, New York 11201

>    Re:  U.S. v. Mohammed Amadu
>         <u>Criminal Docket No. 10-190 (JG)</u>

Dear Ms. Cesare:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter discovery supplementing the discovery provided on August 4, 2010 (DOJ MA 1 to DOJ MA 35); August 23, 2010 (DOJ MA 36 to DOJ MA 51); September 7, 2010 (DOJ MA 52 to 120); September 13, 2010 (DOJ MA 121 to 171); and September 15, 2010 (DOJ MA 172 to 194) in the above-referenced matter.

   Enclosed are copies of the following documents:

- Copies of translations of recordings of the defendant's calls from the Metropolitan Detention Center, which were previously produced (Bates numbered DOJ MA 195 to 314);

- Copies of photographs of the defendant's iPod (Bates-numbered DOJ MA 315 to 317);

- Copies of photographs of the heroin and heroin-containing suitcase seized in the above-captioned case (Bates numbered DOJ MA 318 to 323);

- A copy of a portion of a diagram of the floorplan of the Customs area in Terminal 3 at John F. Kennedy International Airport (Bates numbered DOJ MA 324)l; and

- A copy of a map showing the approximate path of Delta Flight No. 167 from Accra, Ghana to the United States (Bates numbered DOJ MA 325).

2

      If you have any questions or further requests, please do not hesitate to contact me.

                                  Very truly yours,

                                  LORETTA E. LYNCH
                                  United States Attorney

                      By:   /s/ Tyler J. Smith
                                  Tyler J. Smith
                                  Assistant United States Attorney
                                  (718) 254-6186

Enclosures

cc:  Clerk of Court (JG) (w/o enclosures)

Case 1:10-cr-00190-JG   Document 31   Filed 09/22/10   Page 2 of 2