# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

September 25, 2010

Tyler J. Smith, Esq.
Assistant United States Attorney
United States Attorney's Office
271 Cadman Plaza East
Brooklyn, N.Y.  11201

**RE:    United States v. Mohammed Amadu, 10-CR-190-JG**

Dear Mr. Smith:

    Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, an consistent with our earlier conversations, please be advised that the defense intends to call Naomi Appiah, to offer her expert opinion regarding translation of the five agreed upon excerpts of the March 8, 2010, 11:10 am telephone transcript.  Ms. Appiah is from Ghana.  She natively speaks English, Twi and Pidgin English.  She is also a court certified Twi interpreter in this district, as well as other courts.

                                                Sincerely,

                                                Heidi C. Cesare, Esq.
                                                Assistant Federal Defender
                                                (718) 330-1257
                                                heidi_cesare@fd.org

cc:   Clerk of the Court(by ECF)